**NITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

BENJAMIN COLLINS,

     Plaintiff,

v.                                                    CIVIL ACTION NO. 1:11-cv-02063-WDQ

UNIFIED ASSET SOLUTIONS, LLC,

     Defendant.

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

     BENJAMIN COLLINS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses the above entitled matter without prejudice.

DATED:  November 9, 2011                    KROHN & MOSS, LTD.

                               By:_____/s/ Frederick Nix_____
                               Fredrick Nix - Local Counsel
                               Law Office of Fredrick E. Nix
                               240 S Potomac Street
                               Hagerstown, MD 21740
                               Attorneys for Plaintiff

                               Of Counsel
                               Krohn & Moss, LTD.
                               10474 Santa Monica Blvd, Ste 401
                               Los Angeles, CA 90025

1

## CERTIFICATE OF SERVICE

I, Frederick Nix, hereby certify that on November 9, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and sent notification of such filing to the following via US Mail:

UNIFIED ASSET SOLUTIONS, LLC
495 COMMERCE DRIVE, SUITE 2
AMHERST, NEW YORK, 14228

By: /s/ Frederick Nix_____
Frederick Nix

VOLUNTARY DISMISSAL